SAMUEL A. ALDERMAN *vs.* THE NEW DEPARTURE BELL
COMPANY.

Third Judicial District.
Argued October 25th—decided December 16th, 1904.

ACTION for breach of contract, brought to and tried by the City Court of New Haven, *Tyner, J.*, after the first count in the complaint had, in effect, been stricken out (*Dow, J.*) ; facts found and judgment rendered for the plaintiff for $74, and appeal by the defendant. *Error and judgment reversed.*

*Roger S. Newell*, for the appellant (defendant).

*Benjamin Slade*, for the appellee (plaintiff).

Opinion filed with the clerk of the City Court of New Haven.

---

IDA I. GRANVILLE *vs.* ARNOLD A. ARNOTT.

Third Judicial District.
Argued October 27—decided December 16th, 1904.

APPEAL by the plaintiffs, in receivership proceedings in the Superior Court in New Haven County, from an order disallowing (*Thayer, J.*) her claim for counsel fees, and from the judgment distributing (*Ralph Wheeler, J.*) the surplus assets upon settlement of the partnership affairs. *No error.*

*Charles S. Hamilton*, for the appellant (plaintiff).

*George E. Hall*, for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New Haven County.